No. 413. HARRY BARUSCH v. G. W. BRAINARD, AS TRUSTEE OF CHARLES H. DUREL ET AL., ETC.  October 11, 1926. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Edgar C. Chapman* for petitioner. No appearance for respondents.

No. 415. UNITED CIGAR STORES COMPANY OF AMERICA v. EDWARD R. RAYHER, TRUSTEE IN BANKRUPTCY OF BERTRAND BARNETT, TRADING AS CULVER AND COMPANY. October 11, 1926. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Sol. M. Stroock* for petitioner. *Mr. Samuel Leavitt* for respondent.

No. 419. B. F. TRAPPEY ET AL., TRADING AS B. F. TRAPPEY AND SONS v. McILHENNY COMPANY. October 11, 1926. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. William L. Symons* for petitioner. *Messrs. Joseph S. Clark* and *Edward S. Rogers* for respondent.

No. 420. GEORGE WEINSTEIN v. UNITED STATES. October 11, 1926. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Mr. William H. Lewis* for petitioner. *Solicitor General Mitchell, Assistant Attorney General Willebrandt,* and *Mr. Byron M. Coon* for the United States.

No. 423. AMERICAN CHAIN COMPANY, INC. v. CHESTER N. WEAVER, INC. October 11, 1926. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. Frederick S. Duncan* and *Gilbert H. Montague* for petitioner. *Mr. William K. White* for respondent.